IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO.  7:25-cv-1355

JOSEPH VAL D'AUVRAY, II, Individually )
and as Administrator of the ESTATE OF )
JOSEPH VAL D'AUVRAY, III, )
)
        Plaintiff, )
)
   v. )
)
THE CITY OF WILMINGTON, NORTH )           **NOTICE**
CAROLINA, WILLIAM OSTROSKY, )            **OF**
JAMESON HUTCHINS, and UNKNOWN )       **REMOVAL**
EMPLOYEES OF THE WILMINGTON )
POLICE DEPARTMENT, in their Individual )
and Official Capacities, )
)
)       **(28 U.S.C. § 1446)**
          Defendants. )

NOW COME Defendants City of Wilmington, William Ostrosky, Jameson Hutchins, and

Unknown Employees of the Wilmington Police Department (collectively "Defendants"),  by and

through undersigned counsel, pursuant to 28 U.S.C. § 1446(b)(1), and hereby give NOTICE OF

REMOVAL of the above-captioned action, as provided by Title 28, United States Code, Chapter

89, to the United States District Court for the Eastern District of North Carolina, from the

General Court of Justice, Superior Court Division, New Hanover County, North Carolina, where

the action is now pending. In support hereof, the Defendants hereby state the following:

1.     The above-captioned action was commenced in the General Court of Justice,

Superior Court Division, New Hanover County, State of North Carolina, and is now pending in

that court. Defendant City of Wilmington received the initial Complaint on March 31, 2025,

Defendant William Ostrosky received the initial Complaint on April 2, 2025.  Defendant

Jameson Hutchins received the initial Complaint on April 21, 2025. Defendants timely filed a

Motion to Dismiss on May 28, 2025. Plaintiff then filed an Amended Complaint asserting, inter alia, a claim under 42 U.S.C. § 1983 on July 20, 2025. Thus, Defendants first received a copy of the operative pleading on July 20, 2025, and this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

2.    The United States District Court has jurisdiction by reason of 28 U.S.C. §§1441 and 1443 in that the action arose, and Plaintiffs have based certain claims for relief against Defendants, by virtue of and under the United States Constitution, and provisions of federal law, including 42 U.S.C. § 1983.

3.    Plaintiffs instituted the present action on March 27, 2025, by filing a Complaint in the New Hanover County General Court of Justice, Superior Court Division.

4.    A copy of all known process, pleadings, and orders are filed with this notice. See Exhibit A.

5.    Defendants will give written notice of the filing of this notice to Plaintiff as required by 28 U.S.C. §1446(d). See Exhibit B.

6.    A copy of this notice will be filed with the Clerk of Superior Court of New Hanover County, North Carolina, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants hereby request that this action proceed in this Court as an action properly removed thereto.

This 25th day of July, 2025.

SUMRELL SUGG, P.A.
*Attorneys for Defendants*


BY:    /s/James H. Ferguson, III
        State Bar No. 57889
        Post Office Drawer 889

2

New Bern, NC  28563
Telephone:  (252) 633-3131
Fax:  (252) 633-3507
E-mail:  jhferguson@nclawyers.com

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the forgoing **NOTICE OF REMOVAL** was served upon all parties to this action by depositing the same in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service, New Bern, North Carolina, and addressed to:

Finesse G. Couch, Esq.
C. A. Couch, Esq.
Couch & Associates, PC
PO Box 1527
Durham, NC  27702
*Attorneys for Plaintiff*

This 25th day of July, 2025.

SUMRELL SUGG, P.A.
*Attorneys for Defendants*

BY:     /s/James H. Ferguson, III
State Bar No. 57889
Post Office Drawer 889
New Bern, NC  28563
Telephone:  (252) 633-3131
Fax:  (252) 633-3507
E-mail:  jhferguson@nclawyers.com

LSS179837

4